IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 18-00375 |
| JACK RUSSELL BRISTOL | |

## ORDER

**AND NOW**, this 13th day of July 2021, upon consideration of Jack Russell Bristol's Motion for Release (ECF 73) as well as the Government's Response (ECF 79) and associated exhibit (ECF 81), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1