# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK RUSSELL BRISTOL | CRIMINAL ACTION<br>NO. 18-375 |

**June 8, 2022**

## ORDER

**AND NOW**, this 8th day of June 2022, upon consideration of Jack Russell Bristol's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF 63), the Government's Response (ECF 70) and Bristol's Motion to Amend his § 2255 Petition (ECF 86), it is hereby **ORDERED**:

1. Bristol's Motion to Amend is **GRANTED**.

2. Bristol's § 2255 Petition is **DENIED**.

3. A certificate of appealability **SHALL NOT** issue. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.